# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND GEAN PADILLA,
                    Appellant,
              vs.
BRIAN WILLIAMS, WARDEN,
                    Respondent.

No. 79969

**FILED**

DEC 0 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the notice of appeal on October 30, 2019.[1] Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]The district court orally denied the petition on October 17, 2019. However, on November 26, 2019, the district court continued the matter to January 7, 2020.

19-49756

cc: Hon. Michael Villani, District Judge
Raymond Gean Padilla
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk